

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-16-01374-PHX-SPL(ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| Carmela Marvelle Lopez, | (Possession With Intent to Distribute Methamphetamine, a Controlled Substance) |
| Defendant. | Counts 1-3 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 19, 2016, in the District of Arizona, defendant CARMELA MARVELLE LOPEZ did knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

On or about February 24, 2016, in the District of Arizona, defendant CARMELA MARVELLE LOPEZ did knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 3**

On or about March 10, 2016, in the District of Arizona, defendant CARMELA MARVELLE LOPEZ did knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: November 15, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/*
CHRISTINA J. REID-MOORE
Assistant U.S. Attorney